# EXHIBIT A



# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **File Number** | 03846628 | | |
| **Entity Name** | RENT RECOVER OF BETTER NOI LLC | | |
| **Status** | ACTIVE | **On** | 02/23/2016 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 03/20/2012 | **Jurisdiction** | IL |
| **Agent Name** | JOSEPH S MESSER | **Agent Change Date** | 03/20/2012 |
| **Agent Street Address** | 166 W WASHINGTON ST STE 300 | **Principal Office** | 220 GERRY DR WOOD DALE, IL 60191 |
| **Agent City** | CHICAGO | **Management Type** | MGR  View |
| **Agent Zip** | 60602 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 02/23/2016 | **For Year** | 2016 |
| **Old LLC Name** | 12/10/2013 - VENDOR REPORTS LLC | | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B



Illinois Department of Financial and Professional Regulation

# Lookup Detail View

Contact

| Name | City/State/Zip | DBA/AKA |
|---|---|---|
| RENT RECOVER OF BETTER NOI LLC | Wood Dale, IL 60191-1129 | |

Contact Information

License

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 017021875 | LICENSED COLLECTION AGENCY | ACTIVE | 07/23/2014 | 06/18/2015 | 05/31/2018 | N |

License Information

Generated on: 6/21/2016 1:32:39 PM

# EXHIBIT C

Rent Recover of Better NOI, LLC
220 Gerry Dr
Wood Dale, IL 60191
(346) 888-2073 Ph.
(281) 530-2381 Fax

Name of Employee: __Ghazy Mahjub__

Fax #: __312-264-2001__

Attn: __HR Dept__         Ssn#: __XXX-XX-Secure Fax Only__

To whom it may concern:

Pursuant to our request, below we have provided an Employment Verification Worksheet, regarding the above named matter. Please fill out and return to us as soon as you are able.

### EMPLOYMENT VERIFICATION WORKSHEET

Date of hire: _____  Date of Termination: _____

Position and Job Title: _____

Full time: _____  Part time: _____

Salary: $_____ Weekly:$_____ Bi-Weekly: $_____ Monthly:$_____ Annually:$_____

Any current Wage assignments or garnishments?_____ if yes what %_____

Reference given by: _____  Title: _____

Phone: _____  Date: _____

Entity Name & address: _____

Registered Agent Name & address: _____

Thank you for your assistance in this matter.

Sincerely,

Ashley B.
Legal Assistant
Rent Recover LLC
Abunya@rentrecover.com